UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DONALD BLATY, Personal
Representative of the Estate of                           Case No. 5:00-CV-89
Melva Dee Parrott, deceased,

      Plaintiff,                                                        Hon. Richard Alan Enslen

v.

EAGLE VILLAGE, INC.
and SANDY MOORE,

      Defendants.                                                  **ORDER**
_____/

      This matter is before the Court on Plaintiff's Motion for Settlement. The Court previously awarded Plaintiff $207,186.88. This award was appealed to the Sixth Circuit Court of Appeals and affirmed. In lieu of further litigating the issue of interest on the award, the parties have negotiated a settlement in the amount of $217,500.00 to be paid by Frontier Insurance Company. Pursuant to Mich. Comp. Laws § 600.2922, a distribution hearing is unnecessary because there is no distribution for damages to "persons who may be entitled to damages."[1]

      **THEREFORE, IT IS HEREBY ORDERED** that the settlement of this action for $217,500.00 shall be paid by Frontier Insurance Company to Plaintiff and his attorneys.

      **IT IS FURTHER ORDERED** that the proceeds shall be distributed as follows in accordance with the negotiated settlement:

      (1) To the Estate of Melva Dee Parrott: $109,318.91 for Melva Parrott's conscious pain and suffering and $475.00 for reimbursement of funeral expenses; and

---

[1] This determination is also consistent with the Court's Opinion of November 11, 2004.

(2) To Christopher Keane and Robert Harrison: $107,706.09 for payment of attorney fees and reimbursement of costs.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>October 18, 2006 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>SENIOR UNITED STATES DISTRICT JUDGE |